**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **COGBURN HEALTH SERVICES, INC.** ) | |
| **et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO 04-0669-KD-B** |
| ) | |
| **MILTON PULLEN, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## AMENDED ORDER

On April 10, 2006, counsel for defendants Milton Pullen and Pullen & Associates, Inc., informed the court that the parties have reached a settlement of all claims through mediation. [1] The Court entered an order dismissing the action *with prejudice.* (Doc. 322)

On April 13, 2006 defendants Leslie Smith and Employers One Source ("Smith Defendants") filed a motion to alter or amend the Court's order on the grounds, in sum, that "[t]here are other claims and causes of action pending between the Smith Defendants and Universal Reinsurance Company, Ltd., in other jurisdictions [and] [a] dismissal with prejudice, of the claims of the Smith Defendants against Universal Reinsurance Company, Ltd. may affect

---

[1] Emily Sides Bond, Esq., advised the Court that the mediation resolved claims against all of the defendants in this action. On April 14, 2006, in response to the motion to alter or amend, the undersigned's law clerk spoke with Ms. Bonds, along with John F. Janecky, Esq., counsel for the Smith Defendants and confirmed that the Global Settlement was to be without prejudice as to the Smith Defendants.

the ability of the Smith Defendants to proceed in the other lawsuits." (Doc. 323 at 1-2) [2] The Smith Defendants move the Court to amend its previous order "to reflect that the third party claim of the Smith Defendants against Universal Reinsurance Company, Ltd., is to be [dismissed] without prejudice." (Id. at 2)

Upon consideration, the Smith Defendants' motion to amend (Doc. 323) is **GRANTED**. Accordingly, it is **ORDERED** that the third party claim of the Smith Defendants against Universal Reinsurance Company, Ltd., be **DISMISSED without prejudice** subject to the right of any party to reinstate the action within sixty (60) days of the date of this order should the settlement agreement not be consummated; it is further **ORDERED** that all remaining claims and causes of action in the above-styled case be **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within sixty (60) days of the date of this order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this the 14th day of April 2006.

/s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[2] Defendants note that in this litigation, "[a]lthough service was obtained on Universal Reinsurance Company, Ltd., no answer was filed on behalf of them." (Doc. 323 at 1)